UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT TUCK, | No. C 12-04002 DMR |
| Plaintiff(s), | **ORDER TO COMPLY WITH LOCAL RULE 65-1(a)** |
| v. | |
| WELLS FARGO HOME MORTGAGE, | |
| Defendant(s). | |

Plaintiffs have filed an *ex parte* application for a temporary restraining order pursuant to Federal Rule of Civil Procedure 65. [Docket No. 20.] The court orders Plaintiffs to comply immediately with Civil Local Rule 65-1(a) regarding the documentation required for *ex parte* motions for temporary restraining orders.

IT IS SO ORDERED.

Dated: August 24, 2012

DONNA M. RYU
United States Magistrate Judge