1  MARSHALL C. WALLACE (BAR NO. 127103)
   KEITH D. YANDELL (BAR NO. 233146)
2  ALLEN MATKINS LECK GAMBLE
     MALLORY & NATSIS LLP
3  Three Embarcadero Center, 12th Floor
   San Francisco, CA  94111-4074
4  Phone:  (415) 837-1515
   Fax:  (415) 837-1516
5  E-Mail:  mwallace@allenmatkins.com
            kyandell@allenmatkins.com
6
   JOSI KENNON SWONETZ (BAR NO. 260575)
7  501 West Broadway, 15th Floor
   San Diego, California 92101-3541
8  Phone:  (619) 233-1155
   Fax:  (619) 233-1158
9  E-Mail:  jswonetz@allenmatkins.com

10 Attorneys for Defendant
   WELLS FARGO BANK, N.A., successor by merger with
11 Wells Fargo Bank Southwest, N.A. f/k/a/ Wachovia
   Mortgage, FSB f/k/a World Savings Bank, FSB
12

13                     UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

15

16 | ROBERT TUCK, PATRICIA BERKOWITZ,          | Case No.  4:12-CV-04002-DMR
17 |          Plaintiffs,                       | [Assigned for all purpose to Magistrate Judge Donno M. Ryu]
18 |     vs.                                    |
19 | WELLS FARGO HOME MORTGAGE; NDEX           | **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND INITIAL DISCLOSURES AND [PROPOSED] ORDER** AS MODIFIED
20 | WEST, LLC; DOES 1 through 50, inclusive,   |
   |          Defendants.                       |
21

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

792783.01/SD

Case No.  4:12-CV-04002-DMR
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER

1  This stipulation is entered into by and between Plaintiffs Robert Tuck and Patricia
2  Berkowitz ("Plaintiffs") and Defendant Wells Fargo Bank, N.A. ("Wells Fargo") with regard to
3  the following:

### RECITALS

5  A.   A Case Management Conference in this matter is scheduled for October 11, 2012 at
6  11:00 a.m.

7  B.   The hearing on Wells Fargo's Motion to Dismiss the Complaint is scheduled for
8  October 11, 2012 at 11:00 a.m.

9  C.   The hearing on Plaintiffs' Order to Show Cause Why Preliminary Injunction Should
10 Not Issue ("OSC") is scheduled for October 11, 2012 at 11:00 a.m.

11 D.   On September 20, 2012, at approximately 2:20 p.m. the parties met and conferred
12 in accordance with the August 22, 2012 Order Setting Case Management Conference and
13 Standing Order for Magistrate Judge Donna M. Ryu.

14 E.   No prior continuances have been requested nor granted with respect to the Case
15 Management Conference.

### STIPULATION

17 The parties hereby agree that it is premature to hold the Case Management Conference on
18 October 11, 2012, in light of Wells Fargo's pending Motion to Dismiss and Plaintiffs' pending
19 OSC which are scheduled to be heard the same day as the October 11, 2012 Case Management
20 Conference.

21 The parties hereby agree that the October 11, 2012 Case Management Conference should
22 be continued to allow time for the action to become at issue and thus allow the parties to
23 meaningfully and productively confer regarding further proceedings, including the setting of
24 discovery, pre-trial and trial deadlines and dates.

25 For the same reasons, the parties also wish to continue the last day to complete initial
26 disclosures or state objections to such in a Federal Rule of Civil Procedure Rule 26(f) ("Rule 26")
27 Report, to file and serve a Case Management Statement, to file and serve a Rule 26(f) Report, to
28

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

792783.01/SD
Case No. 4:12-CV-04002-DMR
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER

a Rule 26(f) Report, to file and serve an ADR Certification, and to file and serve a Stipulation to ADR Process or Notice of Need for ADR Phone Conference.

WHEREFORE, the parties hereby stipulate and request as follows:

1. The Case Management Conference presently scheduled for October 11, 2012 be continued to December 12, 2012.

2. No later than November 28, 2012, the parties shall: (1) meet and confer regarding Fed.R.Civ. P. 26 initial disclosures, early settlement, ADR process selection and a discovery plan; (2) file an ADR Certification signed by the parties and counsel pursuant to A.D.R. L.R.3-5(b); and (3) file either a Stipulation to ADR Process or Notice of Need for ADR Phone Conference pursuant to A.D.R. L.R. 3-5(b) & (c).

3. No later than December 5, 2012, the parties shall file the Rule 26(f) Report, complete initial disclosures, state objections in the Rule 26(f) Report, and file a Joint Case Management Statement in conformance with Judge Ryu's Standing Order.

**AGREED TO AND ACCEPTED BY:**

Dated: October 2, 2012                     ALLEN MATKINS LECK GAMBLE
                                           MALLORY & NATSIS LLP

                                           By:  /s/ Josi Kennon Swonetz
                                           JOSI KENNON SWONETZ
                                           Attorneys for Defendant
                                           WELLS FARGO BANK, N.A., successor by
                                           merger with Wells Fargo Bank Southwest,
                                           N.A. f/k/a/ Wachovia Mortgage, FSB f/k/a
                                           World Savings Bank, FSB

Dated: October 2, 2012                     CAMACHO & ASSOCIATES

                                           By: _____
                                           LUIS W. CAMACHO
                                           Attorneys for Plaintiffs
                                           Robert Tuck and Patricia Berkowitz

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

792783.01/SD

-2-
Case No.   4:12-CV-04002-DMR
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER

## [PROPOSED] ORDER

Good cause appearing, it is so ordered as follows:

1. No later than ~~November 28, 2012~~ November 7, 2012, the parties shall: (1) meet and confer regarding Fed.R.Civ. P. 26 initial disclosures, early settlement, ADR process selection and a discovery plan; (2) file an ADR Certification signed by the parties and counsel pursuant to A.D.R. L.R.3-5(b); and (3) file either a Stipulation to ADR Process or Notice of Need for ADR Phone Conference pursuant to A.D.R. L.R. 3-5(b) & (c).

2. No later than ~~December 5, 2012~~ November 14, 2012, the parties shall file the Rule 26(f) Report, complete initial disclosures, state objections in the Rule 26(f) Report, and file a Joint Case Management Statement in conformance with Judge Ryu's Standing Order; and

3. The Case Management Conference currently scheduled for October 11, 2012 is continued to ~~December 12, 2012 at 11:00 a.m.~~ November 21, 2012 at 1:30 p.m.

IT IS SO ORDERED.

Dated: October 3, 2012

Hon. Donna M. Ryu
Magistrate Judge, United States District Court

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

792783.01/SD

Case No. 4:12-CV-04002-DMR
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER