MARSHALL C. WALLACE (BAR NO. 127103)
KEITH D. YANDELL (BAR NO. 233146)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA 94111-4074
Phone: (415) 837-1515
Fax: (415) 837-1516
E-Mail: mwallace@allenmatkins.com
        kyandell@allenmatkins.com

JOSI KENNON SWONETZ (BAR NO. 260575)
501 West Broadway, 15th Floor
San Diego, California 92101-3541
Phone: (619) 233-1155
Fax: (619) 233-1158
E-Mail: jswonetz@allenmatkins.com

Attorneys for Defendant
WELLS FARGO BANK, N.A., successor by merger with
Wells Fargo Bank Southwest, N.A. f/k/a/ Wachovia
Mortgage, FSB f/k/a World Savings Bank, FSB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ROBERT TUCK, PATRICIA BERKOWITZ, | Case No. 4:12-CV-04002-DMR |
|---|---|
| Plaintiffs, | [Assigned for all purpose to Magistrate Judge Donno M. Ryu] |
| vs. | **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND INITIAL DISCLOSURES AND [PROPOSED] ORDER** AS MODIFIED |
| WELLS FARGO HOME MORTGAGE; NDEX WEST, LLC; DOES 1 through 50, inclusive, | |
| Defendants. | |

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

792783.01/SD

Case No. 4:12-CV-04002-DMR
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER

1    This stipulation is entered into by and between Plaintiffs Robert Tuck and Patricia
2 Berkowitz ("Plaintiffs") and Defendant Wells Fargo Bank, N.A. ("Wells Fargo") with regard to
3 the following:

## RECITALS

A.     A Case Management Conference in this matter is scheduled for October 11, 2012 at 11:00 a.m.

B.     The hearing on Wells Fargo's Motion to Dismiss the Complaint is scheduled for October 11, 2012 at 11:00 a.m.

C.     The hearing on Plaintiffs' Order to Show Cause Why Preliminary Injunction Should Not Issue ("OSC") is scheduled for October 11, 2012 at 11:00 a.m.

D.     On September 20, 2012, at approximately 2:20 p.m. the parties met and conferred in accordance with the August 22, 2012 Order Setting Case Management Conference and Standing Order for Magistrate Judge Donna M. Ryu.

E.     No prior continuances have been requested nor granted with respect to the Case Management Conference.

## STIPULATION

The parties hereby agree that it is premature to hold the Case Management Conference on October 11, 2012, in light of Wells Fargo's pending Motion to Dismiss and Plaintiffs' pending OSC which are scheduled to be heard the same day as the October 11, 2012 Case Management Conference.

The parties hereby agree that the October 11, 2012 Case Management Conference should be continued to allow time for the action to become at issue and thus allow the parties to meaningfully and productively confer regarding further proceedings, including the setting of discovery, pre-trial and trial deadlines and dates.

For the same reasons, the parties also wish to continue the last day to complete initial disclosures or state objections to such in a Federal Rule of Civil Procedure Rule 26(f) ("Rule 26") Report, to file and serve a Case Management Statement, to file and serve a Rule 26(f) Report, to

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

792783.01/SD

Case No.   4:12-CV-04002-DMR
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER

a Rule 26(f) Report, to file and serve an ADR Certification, and to file and serve a Stipulation to ADR Process or Notice of Need for ADR Phone Conference.

WHEREFORE, the parties hereby stipulate and request as follows:

1. The Case Management Conference presently scheduled for October 11, 2012 be continued to December 12, 2012.

2. No later than November 28, 2012, the parties shall: (1) meet and confer regarding Fed.R.Civ. P. 26 initial disclosures, early settlement, ADR process selection and a discovery plan; (2) file an ADR Certification signed by the parties and counsel pursuant to A.D.R. L.R.3-5(b); and (3) file either a Stipulation to ADR Process or Notice of Need for ADR Phone Conference pursuant to A.D.R. L.R. 3-5(b) & (c).

3. No later than December 5, 2012, the parties shall file the Rule 26(f) Report, complete initial disclosures, state objections in the Rule 26(f) Report, and file a Joint Case Management Statement in conformance with Judge Ryu's Standing Order.

**AGREED TO AND ACCEPTED BY:**

Dated: October 2, 2012

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP

By: */s/ Josi Kennon Swonetz*
JOSI KENNON SWONETZ
Attorneys for Defendant
WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A. f/k/a/ Wachovia Mortgage, FSB f/k/a World Savings Bank, FSB

Dated: October 2, 2012

CAMACHO & ASSOCIATES

By: _____
LUIS W. CAMACHO
Attorneys for Plaintiffs
Robert Tuck and Patricia Berkowitz

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

792783.01/SD

-2-
Case No. 4:12-CV-04002-DMR
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER

[~~PROPOSED~~] ORDER

Good cause appearing, it is so ordered as follows:

1. No later than ~~November 28, 2012~~ November 7, 2012, the parties shall: (1) meet and confer regarding Fed.R.Civ. P. 26 initial disclosures, early settlement, ADR process selection and a discovery plan; (2) file an ADR Certification signed by the parties and counsel pursuant to A.D.R. L.R.3-5(b); and (3) file either a Stipulation to ADR Process or Notice of Need for ADR Phone Conference pursuant to A.D.R. L.R. 3-5(b) & (c).

2. No later than ~~December 5, 2012~~ November 14, 2012, the parties shall file the Rule 26(f) Report, complete initial disclosures, state objections in the Rule 26(f) Report, and file a Joint Case Management Statement in conformance with Judge Ryu's Standing Order; and

3. The Case Management Conference currently scheduled for October 11, 2012 is continued to ~~December 12, 2012 at 11:00 a.m.~~ November 21, 2012 at 1:30 p.m.

IT IS SO ORDERED.

Dated: October 3, 2012

_____
Hon. Donna M. Ryu
Magistrate Judge, United States District Court

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

792783.01/SD

Case No. 4:12-CV-04002-DMR
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [~~PROPOSED~~] ORDER