1  MARSHALL C. WALLACE (BAR NO. 127103)
   KEITH D. YANDELL (BAR NO. 233146)
2  ALLEN MATKINS LECK GAMBLE
       MALLORY & NATSIS LLP
3  Three Embarcadero Center, 12th Floor
   San Francisco, CA  94111-4074
4  Phone: (415) 837-1515
   Fax: (415) 837-1516
5  E-Mail: mwallace@allenmatkins.com
           kyandell@allenmatkins.com
6
   JOSI KENNON SWONETZ (BAR NO. 260575)
7  501 West Broadway, 15th Floor
   San Diego, California 92101-3541
8  Phone: (619) 233-1155
   Fax: (619) 233-1158
9  E-Mail: jswonetz@allenmatkins.com

10  Attorneys for Defendant
    WELLS FARGO BANK, N.A., successor by merger with
11  Wells Fargo Bank Southwest, N.A. f/k/a/ Wachovia
    Mortgage, FSB f/k/a World Savings Bank, FSB

12

13                UNITED STATES DISTRICT COURT

14             NORTHERN DISTRICT OF CALIFORNIA

15

16  ROBERT TUCK, PATRICIA BERKOWITZ,          Case No.  4:12-CV-04002-DMR

17           Plaintiffs,                       [Assigned for all purpose to Magistrate Judge
                                               Donna M. Ryu]
18       vs.
                                               STIPULATION TO CONTINUE HEARING
19  WELLS FARGO HOME MORTGAGE; NDEX            ON (1) WELLS FARGO BANK, N.A.'S
    WEST, LLC; DOES 1 through 50, inclusive,   MOTION TO DISMISS THE COMPLAINT
20                                             AND (2) PLAINTIFFS' ORDER TO SHOW
             Defendants.                       CAUSE WHY A PRELIMINARY
21                                             INJUNCTION SHOULD NOT ISSUE AND
                                               [PROPOSED] ORDER
22
                                               Date:  October 11, 2012
23                                             Time:  11:00 a.m.
                                               Dept.:  4, 3rd Floor
24

25

26

27

28

1
2
3

**STIPULATION**

This stipulation is entered into by and between Plaintiffs Robert Tuck and Patricia

Berkowitz ("Plaintiffs") and Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), through their

respective counsel of record, with regard to the following:

WHEREAS, the hearing on Wells Fargo's Motion to Dismiss the Complaint is currently

scheduled for October 11, 2012 at 11:00 a.m.;

WHEREAS, the hearing on Plaintiffs' Order to Show Cause Why a Preliminary Injunction

Should Not Issue is currently scheduled for October 11, 2012 at 11:00 a.m.;

WHEREAS, Plaintiffs and Wells Fargo are attempting to reach a settlement and wish to

maintain the status quo during the settlement negotiations;

Plaintiffs and Wells Fargo, through their respective counsel, hereby stipulate as follows:

1.     The hearing on Wells Fargo's Motion to Dismiss the Complaint currently scheduled

for October 11, 2012 at 11:00 a.m. be continued 45 (forty five) days, or such other longer period

as is convenient for the Court.

2.     The hearing on Plaintiffs' Order to Show Cause Why a Preliminary Injunction

Should Not Issue currently scheduled for October 11, 2012 at 11:00 a.m. be continued 45 (forty

five) days, or such other longer period as is convenient for the Court.

**AGREED TO AND ACCEPTED BY:**

Dated:  October *9*, 2012

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP

By:     */s/ Josi Kennon Swonetz*

JOSI KENNON SWONETZ
Attorneys for Defendant
WELLS FARGO BANK, N.A., successor by
merger with Wells Fargo Bank Southwest,
N.A. f/k/a/ Wachovia Mortgage, FSB f/k/a
World Savings Bank, FSB

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

793674.02/SD

Case No.   4:12-CV-04002-DMR
STIPULATION TO CONTINUE HEARING  ON MOTIONS AND [PROPOSED] ORDER

1

2

3   Dated:  October 9, 2012                    CAMACHO & ASSOCIATES

4                                             By:

5                                                LUIS W. CAMACHO
                                                Attorneys for Plaintiffs
6                                              Robert Tuck and Patricia Berkowitz

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# [PROPOSED] ORDER

For good cause appearing, it is so ordered as follows:

1.      The hearing on Wells Fargo's Motion to Dismiss the Complaint currently scheduled for October 11, 2012 at 11:00 a.m. is rescheduled for November 29, 2012 at 11:00 a.m.

2.      The hearing on Plaintiffs' Order to Show Cause Why a Preliminary Injunction Should Not Issue currently scheduled for October 11, 2012 at 11:00 a.m. is rescheduled for November 29, 2012 at 11:00 a.m.

IT IS SO ORDERED.

Dated:    Oct. 9, 2012

Hon. Donna M. Ryu
Magistrate Judge, United States District Court

IT IS SO ORDERED

Judge Donna M. Ryu

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

793674.02/SD

Case No.   4:12-CV-04002-DMR
STIPULATION TO CONTINUE HEARING  ON MOTIONS AND [PROPOSED] ORDER