1  MARSHALL C. WALLACE (BAR NO. 127103)
   KEITH D. YANDELL (BAR NO. 233146)
2  ALLEN MATKINS LECK GAMBLE
     MALLORY & NATSIS LLP
3  Three Embarcadero Center, 12th Floor
   San Francisco, CA 94111-4074
4  Phone: (415) 837-1515
   Fax: (415) 837-1516
5  E-Mail: mwallace@allenmatkins.com
           kyandell@allenmatkins.com
6
   JOSI KENNON SWONETZ (BAR NO. 260575)
7  501 West Broadway, 15th Floor
   San Diego, California 92101-3541
8  Phone: (619) 233-1155
   Fax: (619) 233-1158
9  E-Mail: jswonetz@allenmatkins.com

10 Attorneys for Defendant
   WELLS FARGO BANK, N.A., successor by merger with
11 Wells Fargo Bank Southwest, N.A. f/k/a/ Wachovia
   Mortgage, FSB f/k/a World Savings Bank, FSB

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| ROBERT TUCK, PATRICIA BERKOWITZ, | Case No. 4:12-CV-04002-DMR |
|---|---|
| Plaintiffs, | [Assigned for all purpose to Magistrate Judge Donna M. Ryu] |
| vs. | **STIPULATION TO CONTINUE HEARING ON (1) WELLS FARGO BANK, N.A.'S MOTION TO DISMISS THE COMPLAINT AND (2) PLAINTIFFS' ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE AND [PROPOSED] ORDER** |
| WELLS FARGO HOME MORTGAGE; NDEX WEST, LLC; DOES 1 through 50, inclusive, Defendants. | Date: October 11, 2012<br>Time: 11:00 a.m.<br>Dept.: 4, 3rd Floor |

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

793674.02/SD

Case No. 4:12-CV-04002-DMR
STIPULATION TO CONTINUE HEARING ON MOTIONS AND [PROPOSED] ORDER

## STIPULATION

This stipulation is entered into by and between Plaintiffs Robert Tuck and Patricia Berkowitz ("Plaintiffs") and Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), through their respective counsel of record, with regard to the following:

WHEREAS, the hearing on Wells Fargo's Motion to Dismiss the Complaint is currently scheduled for October 11, 2012 at 11:00 a.m.;

WHEREAS, the hearing on Plaintiffs' Order to Show Cause Why a Preliminary Injunction Should Not Issue is currently scheduled for October 11, 2012 at 11:00 a.m.;

WHEREAS, Plaintiffs and Wells Fargo are attempting to reach a settlement and wish to maintain the status quo during the settlement negotiations;

Plaintiffs and Wells Fargo, through their respective counsel, hereby stipulate as follows:

1. The hearing on Wells Fargo's Motion to Dismiss the Complaint currently scheduled for October 11, 2012 at 11:00 a.m. be continued 45 (forty five) days, or such other longer period as is convenient for the Court.

2. The hearing on Plaintiffs' Order to Show Cause Why a Preliminary Injunction Should Not Issue currently scheduled for October 11, 2012 at 11:00 a.m. be continued 45 (forty five) days, or such other longer period as is convenient for the Court.

**AGREED TO AND ACCEPTED BY:**

Dated: October 9, 2012

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP

By: /s/ Josi Kennon Swonetz
JOSI KENNON SWONETZ
Attorneys for Defendant
WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A. f/k/a/ Wachovia Mortgage, FSB f/k/a World Savings Bank, FSB

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

793674.02/SD

Case No. 4:12-CV-04002-DMR
STIPULATION TO CONTINUE HEARING ON MOTIONS AND [PROPOSED] ORDER

Dated: October 9, 2012

CAMACHO & ASSOCIATES

By: /s/ Luis W. Camacho
LUIS W. CAMACHO
Attorneys for Plaintiffs
Robert Tuck and Patricia Berkowitz

LAW OFFICES
Allen Matkins Leck Gamble

# [PROPOSED] ORDER

For good cause appearing, it is so ordered as follows:

1. The hearing on Wells Fargo's Motion to Dismiss the Complaint currently scheduled for October 11, 2012 at 11:00 a.m. is rescheduled for November 29, 2012 at 11:00 a.m.

2. The hearing on Plaintiffs' Order to Show Cause Why a Preliminary Injunction Should Not Issue currently scheduled for October 11, 2012 at 11:00 a.m. is rescheduled for November 29, 2012 at 11:00 a.m.

IT IS SO ORDERED.

Dated: Oct. 9, 2012

Hon. Donna M. Ryu
Magistrate Judge, United States District Court

*IT IS SO ORDERED*
*Judge Donna M. Ryu*

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

793674.02/SD

Case No. 4:12-CV-04002-DMR
STIPULATION TO CONTINUE HEARING ON MOTIONS AND [PROPOSED] ORDER