UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT TUCK,<br><br>    Plaintiff(s),<br><br>    v.<br><br>WELLS FARGO HOME MORTGAGE,<br><br>    Defendant(s).<br>_____/ | No. C-12-04002 DMR<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Case Management Conference previously scheduled for November 21, 2012 has been CONTINUED to November 29, 2012, at 11:00 a.m., Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612, to be held concurrently with the hearing on Defendants' Motion to Dismiss and the court's order to show cause why a preliminary injunction should not issue. The Case Management Statement is due no later than November 22, 2012.

IT IS SO ORDERED.

Dated: November 6, 2012

_____
DONNA M. RYU
United States Magistrate Judge