1

2

3

4

5

6 UNITED STATES DISTRICT COURT

7 NORTHERN DISTRICT OF CALIFORNIA

8

9 ROBERT TUCK,                                        No. C-12-04002 DMR

10         Plaintiff(s),                    **ORDER CONTINUING CASE
                                            MANAGEMENT CONFERENCE**

11     v.

12 WELLS FARGO HOME MORTGAGE,

13         Defendant(s).
    _____/

14

15 TO ALL PARTIES AND COUNSEL OF RECORD:

16     The Case Management Conference previously scheduled for November 21, 2012 has been

17 CONTINUED to November 29, 2012, at 11:00 a.m., Courtroom 4, 3rd Floor, U.S. District Court,

18 1301 Clay Street, Oakland, California 94612, to be held concurrently with the hearing on

19 Defendants' Motion to Dismiss and the court's order to show cause why a preliminary injunction

20 should not issue. The Case Management Statement is due no later than November 22, 2012.

21

22     IT IS SO ORDERED.

23

24 Dated: November 6, 2012

25                                            _____
                                             DONNA M. RYU
26                                           United States Magistrate Judge

27

28