MARSHALL C. WALLACE (BAR NO. 127103)
KEITH D. YANDELL (BAR NO. 233146)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA 94111-4074
Phone: (415) 837-1515
Fax: (415) 837-1516
E-Mail: mwallace@allenmatkins.com
        kyandell@allenmatkins.com

JOSI KENNON SWONETZ (BAR NO. 260575)
501 West Broadway, 15th Floor
San Diego, California 92101-3541
Phone: (619) 233-1155
Fax: (619) 233-1158
E-Mail: jswonetz@allenmatkins.com

Attorneys for Defendant
WELLS FARGO BANK, N.A., successor by merger with
Wells Fargo Bank Southwest, N.A. f/k/a/ Wachovia
Mortgage, FSB f/k/a World Savings Bank, FSB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT TUCK, PATRICIA BERKOWITZ,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO HOME MORTGAGE; NDEX WEST, LLC; DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 4:12-CV-04002-DMR<br><br>[Assigned for all purpose to Magistrate Judge Donna M. Ryu]<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND INITIAL DISCLOSURES AND [PROPOSED] ORDER** |

This stipulation is entered into by and between Plaintiffs Robert Tuck and Patricia Berkowitz ("Plaintiffs") and Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), through their counsel of record, with regard to the following:

## RECITALS

A. On July 26, 2012, Plaintiffs filed the Complaint in the above-entitled action.

B. A Case Management Conference was scheduled for October 11, 2012 at 11:00 a.m.

C. On October 2, 2012, the Parties stipulated to continue the Case Management Conference to December 12, 2012 and to continue the deadline to file the Rule 26(f) Report, initial disclosures, objections to the Rule 26(f) report, and the Joint Case Management Statement to December 5, 2012.

D. On October 3, 2012, the Court issued an order granting the stipulation as modified.

E. Pursuant to the Court's order the Case Management Conference was rescheduled to November 21, 2012 at 1:30 p.m.

F. On November 6, 2012, the Court issued an order continuing the Case Management Conference to November 29, 2012 at 11:00 a.m.

G. The hearing on Wells Fargo's Motion to Dismiss the Complaint and Plaintiffs' Order to Show Cause Why Preliminary Injunction Should Not Issue ("OSC") is currently scheduled for November 29, 2012 at 11:00 a.m.

## STIPULATION

The parties hereby agree that it is premature to hold the Case Management Conference on November 29, 2012, in light of Wells Fargo's pending Motion to Dismiss and Plaintiffs' pending OSC which are scheduled to be heard the same day as the November 29, 2012 Case Management Conference.

The parties hereby agree that the November 29, 2012 Case Management Conference should be continued to allow time for the action to become at issue and thus allow the parties to meaningfully and productively confer regarding further proceedings, including the setting of discovery, pre-trial and trial deadlines and dates.

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

795646.01/SD

Case No. 4:12-CV-04002-DMR
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER

For the same reasons, the parties also wish to continue the last day to complete initial disclosures or state objections to such in a Federal Rule of Civil Procedure Rule 26(f) ("Rule 26") Report, to file and serve a Case Management Statement, to file and serve a Rule 26(f) Report, to file and serve an ADR Certification, and to file and serve a Stipulation to ADR Process or Notice of Need for ADR Phone Conference.

WHEREFORE, the parties hereby stipulate and request as follows:

1. The Case Management Conference presently scheduled for November 29, 2012 be continued to December 12, 2012, and that the related dates for the initial disclosures or state objections to such in a Federal Rule of Civil Procedure Rule 26(f) ("Rule 26") Report, to file and serve a Case Management Statement, to file and serve a Rule 26(f) Report, to file and serve an ADR Certification, and to file and serve a Stipulation to ADR Process or Notice of Need for ADR Phone Conference be continued accordingly.

2. In the alternative, the Parties stipulate that the deadline to complete initial disclosures or state objections to such in a Federal Rule of Civil Procedure Rule 26(f) ("Rule 26") Report and file and serve a Rule 26(f) Report be continued to December 5, 2012.

**AGREED TO AND ACCEPTED BY:**

Dated: November 19, 2012

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP

By: */s/ Josi Kennon Swonetz*
JOSI KENNON SWONETZ
Attorneys for Defendant
WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A. f/k/a/ Wachovia Mortgage, FSB f/k/a World Savings Bank, FSB

Dated: November 19, 2012

CAMACHO & ASSOCIATES

By: _____
CHRISTOPHER J. BUNCH
Attorneys for Plaintiffs
Robert Tuck and Patricia Berkowitz

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

795646.01/SD

-2-

Case No. 4:12-CV-04002-DMR
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER

**[PROPOSED] ORDER**

Good cause appearing, it is so ordered as follows:

1. The Case Management Conference currently scheduled for November 29, 2012 is continued to December 12, 2012 at 11:00 a.m. and that the related dates for the initial disclosures or state objections to such in a Federal Rule of Civil Procedure Rule 26(f) ("Rule 26") Report, to file and serve a Case Management Statement, to file and serve a Rule 26(f) Report, to file and serve an ADR Certification, and to file and serve a Stipulation to ADR Process or Notice of Need for ADR Phone Conference are continued accordingly.

2. The deadline to complete initial disclosures or state objections to such in a Rule 26 Report and file and serve a Rule 26(f) Report is continued to December 5, 2012.

IT IS SO ORDERED.

Dated: Nov. 20, 2012



_____
Hon. Donna M. Ryu
Magistrate Judge, United States District Court

-3-

Case No. 4:12-CV-04002-DMR
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER